UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANK RICHARD CORONEL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. FERNANDEZ, *et al.*,<br><br>　　　　　Defendants. | Case No.  2:23-cv-02793-JDP (PC)<br><br>**ORDER**<br><br>GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 10 |

　　　Plaintiff has filed a motion for an extension of time to file a response to the court's order to show cause and an amended complaint.  ECF No. 10.

　　　Good cause appearing, it is hereby ORDERED that:

　　　1. Plaintiff's motion for an extension of time, ECF No. 10, is granted.

　　　2. Plaintiff is granted thirty days to file a response to the court's order to show cause and an amended complaint.

IT IS SO ORDERED.

Dated:　July 10, 2024　　　　　　　　　　　　　　　　　　／s／ Jeremy Peterson
　　　　　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE